IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | |
|---|---|
| JOHN F. PIERCE | * |
| Plaintiff | * |
| v. | * |
| CARS INFORMATION SYSTEMS CORP., et al. | * |
| Defendants | * |

Civil Action No. JFM 01 CV 2001

\* \* \* \* \* \* \* \* \* \*

**ORDER DIRECTING THE ISSUANCE
OF A WRIT OF ATTACHMENT BEFORE JUDGMENT**

Upon consideration of Plaintiff's Request for Order Directing the Issuance of a Writ of Attachment Before Judgment, and all papers filed therewith, it is, this ___ of _____, 2001, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Request for Order Directing the Issuance of a Writ of Attachment before Judgment is hereby GRANTED;

2. The Clerk shall accept as a security bond the escrow amount provided for by the parties' agreement, Account No. 3089857 at the Boston Private Bank & Trust Company;

3. Upon filing of the security by the Plaintiff, the clerk shall issue writs of attachment to St. Mary's College of Maryland, 18952 E. Fisher Road, St. Mary's City, MD 20686-3001 and Mount St. Mary's College, 16300 Old Emmitsburg Road,

Emmitsburg, MD 21727, directing a garnishment of property or credits of the Defendants CARS Information Systems Corp., New Media Investors V, Inc., and/or Jenzabar.com,Inc., and requiring the garnishees to hold, subject to further proceedings, any such property or credits and all property or credits of each debtor that may come into the garnishee's possession after service of the writ. The writ shall further notify the garnishee of the time within which an answer must be filed and that the failure to do so may result in judgment by default against the garnishee, that federal and state exemptions may be available, and that the debtor has the right to contest the garnishment by filing a motion asserting a defense or objection.

    4.    The writs shall be served upon the garnishees in a manner for service of process sufficient to obtain personal jurisdiction.

    5.    All further proceedings shall be as set forth in Maryland Rules 2-115 and 2-645.

_____
United States District Judge