IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN F. PIERCE                           *
                                         *
        v.                               *   Civil No. JFM-01-2001
                                         *
CARS INFORMATION SYSTEMS                 *
CORP., ET AL.                            *
                                     *****

ORDER

In accordance with an oral motion to stay made by plaintiff during a telephone conference held today (to which defendants did not object), it is, this 16th day of July 2001

ORDERED

1. This action is stayed subject to being reopened by any party within 30 days after the issuance of the arbitration award in the related arbitration proceeding; and

2. This action be administratively closed.

_____
J. Frederick Motz
United States District Judge